**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

GRANITE ROCK COMPANY,
            *Plaintiff-Appellant,*

v.

INTERNATIONAL BROTHERHOOD OF
TEAMSTERS, FREIGHT,
CONSTRUCTION, GENERAL DRIVERS,
WAREHOUSEMEN & HELPERS, LOCAL
287 (AFL-CIO) and INTERNATIONAL
BROTHERHOOD OF TEAMSTERS,
            *Defendants-Appellees.*

No. 07-15040

D.C. No.
CV-04-02767-JW
Northern District of
California,
San Jose

ORDER

On Remand From the United States Supreme Court

Filed May 20, 2011

Before: Ronald M. Gould and Carlos T. Bea, Circuit Judges,
and John W. Sedwick, District Judge.*

## ORDER

In light of *Granite Rock Co. v. Int'l Bhd. of Teamsters*, 130 S. Ct. 2847 (2010), which reversed the judgment of this court, 546 F.3d 1169, and remanded, we in turn remand this case to the District Court for further proceedings in accordance with the Supreme Court's decision.

**REMANDED.**

*The Honorable John W. Sedwick, District Judge for the U.S. District Court for Alaska, Anchorage, sitting by designation.